AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FEB 4 2025 AM10:51
FILED - USDC - NDTX - LU

United States of America
v.

Stephen Patrick Furr

*Defendant*

Case No. 5-25MJ013

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen Patrick Furr,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about February 3, 2025 in the Lubbock Division of the Northern District of Texas, and elsewhere, Stephen Patrick Furr, defendant, did knowingly and willfully transmit in interstate and foreign commerce an Internet post containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

Date: Feb. 3, 2025

*Issuing officer's signature*

City and state:   Lubbock, Texas

Amanda 'Amy' R. Burch, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/3/2025, and the person was arrested on *(date)* 2/3/2025
at *(city and state)* Lubbock, Texas.

Date: 2/4/2025

*Arresting officer's signature*

Matthew M. Popp - FBI Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

5-25MJ013   *(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____